IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN
DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:13-CV-00810-F

| | |
|---|---|
| ROSSEL O. ALFARO ZELAYA, a/k/a "ROSSEL SANDOVAL," ) ) ) Plaintiff, ) ) v. ) ) A+ TIRES, BRAKES, LUBES, AND ) MUFFLERS, INC., FLORES WELDING, ) INC., JULIO FLORES AND MARIELLE ) BELHASSEN, ) ) Defendants. ) _____ ) | **ORDER** |

This case comes before the Court on the parties' Joint Motion to Hold the Parties' Rule 26 (f) Report Deadline and Scheduling Order in Abeyance until the Court rules on Plaintiff's Motion for Leave to Amend His First Amended Complaint. For good cause shown, the Motion is GRANTED. The parties' deadline to submit their Rule 26 (f) Report will be stayed pending the Court's ruling on Plaintiff's Motion for Leave to Amend Plaintiff's First Amended Complaint. The parties shall file a proposed discovery plan within ten (10) days of such entry.

SO ORDERED, this 4th day of February, 2014.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE