# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| Rossel O. Alfaro Zelaya, a/k/a "Rossel Sandoval," <br> *Plaintiff* <br> v. <br> A+ Tires, Brakes, Lubes and Mufflers, Inc., et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 5:13-cv-00810-F <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                              .

Date:   02/19/2014

/s/ J. Derek Braziel
*Attorney's signature*

J. Derek Braziel
*Printed name and bar number*

Lee & Braziel, LLP
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
*Address*

jdbraziel@l-b-law.com
*E-mail address*

(214) 749-1400
*Telephone number*

(214) 749-1010
*FAX number*