UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROSSEL SANDOVAL-ZELAYA, SALVADOR MONTOYA, and EDWARD HERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>A+ TIRES, BRAKES, LUBES, AND MUFFLERS, INC., FLORES WELDING, INC., JULIO FLORES, and MARIELLE BELHASSEN,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-810-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court hereby GRANTS the Joint Motion for Approval of Settlement and approves the settlement as set forth in the Settlement Agreement. The court finds that the terms of the Settlement Agreement are fair, reasonable, and adequate to all plaintiffs, and directs consummation of its terms and provisions.

**This Judgment Filed and Entered on September 21, 2018, and Copies To:**

| | |
|---|---|
| Jimmy D, Braziel | (via CM/ECF electronic notification) |
| Gilda A. Hernandez | (via CM/ECF electronic notification) |
| James R. Vann | (via CM/ECF electronic notification) |
| Joseph Alan Davies | (via CM/ECF electronic notification) |

DATE:              PETER A. MOORE, JR., CLERK

September 21, 2018         (By) /s/ Nicole Sellers
                   Deputy Clerk